***** **AFFIDAVIT OF SERVICE** *****

12/05/2007

SHERIFFS NUMBER: S07006398    DEFENDANT SEQUENCE 1 OF 1

TYPE OF SERVICE...    Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE <u>STEPHEN LANZANO</u>

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 9400<br><br>CONTROL # 12344 | 28.00 |

### COURT DATA                                                ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:                    STATE: NY        COUNTY OF VENUE: Southern District

COURT DOCKET #:    07CIV8725        <u>CAPTION OF CASE</u>

NAME:
   VS        JOSE GARNICA AND MARLENE GARNICA
            HILLMAN ENVIORONMENTAL GROUP, LLC,

### DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME:        HILLMAN ENVIORONMENTAL GROUP, LLC,

ADDRESS:        1600 ROUTE 22 EAST
            UNION, NJ 07083

### PAPERS SERVED

SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY    ☐ UNABLE TO SERVE        NUMBER OF ATTEMPTS ____

   DATE: 12/20/07 TIME: 10:30        DATE: ____    DATE: ____
                            TIME: ____    TIME: ____

REMARKS: _____    DATE: ____    DATE: ____
_____    TIME: ____    TIME: ____
_____
_____

☐ PERSONALLY DELIVERED    ☒ OFFICER    ☐ MANAGING AGENT    ☐ REGISTERED AGENT

☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER    ☐ AGENT AUTHORIZED TO ACCEPT
                                    ☐ IS IN THE MILITARY    ☐ NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
                    (TITLE/RELATIONSHIP)

SEX:    ☒ MALE    ☐ FEMALE

SKIN:    ☒ WHITE    ☐ BLACK    ☐ YELLOW    ☐ BROWN    ☐ RED

HEIGHT:    ☐ UNDER 5 FT.    ☐ 5.0 - 5.6 FT.    ☒ 5.7 - 6.0 FT.    ☐ OVER 6 FT.

WEIGHT:    ☐ UNDER 100 LBS.    ☐ 100 - 150 LBS.    ☒ 151 - 200 LBS.    ☐ OVER 200 LBS.

HAIR:    ☐ BLACK    ☒ BROWN    ☐ BLOND    ☐ GRAY    ☐ RED    ☐ WHITE    ☒ BALDING

AGE:    ☐ 14 - 20    ☐ 21 - 35    ☒ 36 - 50    ☐ 51 - 65    ☐ OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON FRANCES DIDONATO
   NOTARY PUBLIC OF NEW JERSEY
   My Commission Expires Dec. 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY