William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

------------------------------------X

JOSE GARNICA and MARLENE GARNICA

                                           **NOTICE OF**
V.                                         **ADOPTION**

BROKFIELD FINANCIAL PROPERTIES, L.P.,
ET. AL.,                                   CASE NUMBER: (AKH)
                                           07 CV 8725
------------------------------------X

PLEASE TAKE NOTICE THAT Defendant Brookfield Financial Properties, L.P. ("Brookfield"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopts the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Brookfield demands judgment dismissing the above captioned action as against it, together with their cost and disbursements.

Dated: New York, New York
       May  6   2008

                              Faust, Goetz, Schenker & Blee, LLP

                              _____
                              By:  William J. Smith (WJS-9137)
                              Attorneys for the Brookfield Defendants
                              Two Rector Street, 20th Floor
                              New York, NY 10006
                              (212) 363-6900